AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

MARK STUBBLEFIELD

**FILED**

MAY 1 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WARRANT FOR ARREST**

CASE NUMBER: 08-311-M 01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____MARK STUBBLEFIELD_____
                                                 Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

willfully and unlawfully, and by intimidation, did take from the person or presence of another, approximately $2,657.00 in money, belonging to and in the care, custody, control, management, and possession of Washington First Bank, located at 1500 K Street, N.W., Washington, D.C., the deposits of which were insured by the Federal Deposit Insurance Corporation (FDIC).

ALAN KAY
U.S. MAGISTRATE JUDGE

in violation of Title __18__ United States Code, Section(s) __2113(a)__.

ALAN KAY
U.S. MAGISTRATE JUDGE

Name of Issuing Officer

[signature]

Signature of Issuing Officer

Title of Issuing Officer

MAY 1 3 2008   District of Columbia

Date and Location

Bail fixed at $ _____   by _____
                                         Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 13 MAY, 08 | INVESTIGATE COPY ONLY ORIGINAL ON FILE WITH US MARSHALL RM 4th floor | Reporting Robert C. Byard |
| DATE OF ARREST 13 May, 08 | | |