# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## Holding a Criminal Term

## Grand Jury Sworn in on May 2, 2008

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO.  08-0311M-01 (CR) |
| | : | |
| MARK STUBBLEFIELD, | : | VIOLATION: 18 U.S.C. § 2113(a) |
| Defendant. | : | (Bank Robbery); |
| | : | 18 U.S.C. § 2113(a) |
| | : | (Attempted Bank Robbery) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about January 29, 2008, within the District of Columbia, the defendant, **MARK STUBBLEFIELD**, by force, violence, and intimidation did take from the person or presence of another money belonging to and in the care, custody, control, management, and possession of Washington First Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

### COUNT TWO

On or about March 21, 2008, within the District of Columbia, the defendant, **MARK STUBBLEFIELD**, by force, violence, and intimidation did take from the person or presence of another money belonging to and in the care, custody, control, management, and possession of United

Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

## COUNT THREE

On or about March 26, 2008, within the District of Columbia, the defendant, **MARK STUBBLEFIELD**, by force, violence, and intimidation did take from the person or presence of another money belonging to and in the care, custody, control, management, and possession of Washington First Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

## COUNT FOUR

On or about March 26, 2008, within the District of Columbia, the defendant, **MARK STUBBLEFIELD**, by force, violence, and intimidation did attempt to take from the person or presence of another money belonging to and in the care, custody, control, management, and possession of Urban Trust Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

(**Attempted Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

## COUNT FIVE

On or about April 7, 2008, within the District of Columbia, the defendant, **MARK STUBBLEFIELD**, by force, violence, and intimidation did take from the person or presence of another money belonging to and in the care, custody, control, management, and possession of Washington First Bank, a bank whose deposits were then insured by the Federal Deposit Insurance

Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))


## COUNT SIX

On or about April 11, 2008, within the District of Columbia, the defendant, **MARK STUBBLEFIELD**, by force, violence, and intimidation did take from the person or presence of another money belonging to and in the care, custody, control, management, and possession of United Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))


## COUNT SEVEN

On or about April 21, 2008, within the District of Columbia, the defendant, **MARK STUBBLEFIELD**, by force, violence, and intimidation did take from the person or presence of another money belonging to and in the care, custody, control, management, and possession of Commerce Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))


A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia