IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA :** | : | |
| | : | |
| v. | : | Criminal No.  08-171 (HHK) |
| | : | |
| **MARK STUBBLEFIELD** | : | |
| | : | |

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE MOTIONS DUE DATE

Mr. Mark Stubblefield, the defendant, through undersigned counsel, respectfully submits this motion to continue the due date for motions in this matter.  Based on the facts and circumstances set forth below, which counsel respectfully submits establish good cause for a continuance, Mr. Stubblefield respectfully requests that the Court continue the motions due date until Wednesday, July 9, 2008.

As grounds for this motion, undersigned counsel respectfully submits as follows:

1.      Mr. Stubblefield is charged by indictment with seven counts of bank robbery, in violation of 18 U.S.C. § 2113(a).[1]  Mr. Stubblefield was arraigned on June 14, 2008.  At that time, the Court set a motions due date of July 7, 2008.  Trial is scheduled for October 20, 2008.

2.      Due to other Court business, undersigned counsel has been unable to complete Mr. Stubblefield's motions as of this date.  Undersigned counsel is therefore requesting two extra business days–until July 9, 2008–in order to submit defense motions.

3.      Counsel contacted the AUSA assigned to this case, Kate Connelly.  AUSA Connelly does not oppose the relief requested in this motion.  In turn, the defense does not

---

[1]      The defense has moved to dismiss the indictment under the Speedy Trial Act. Undersigned counsel is preparing the Reply for that motion and will file that reply c.o.b. today or else tomorrow morning.

oppose two extra days for the government to submit any Oppositions.

    WHEREFORE, the defense respectfully moves this Court to enter the attached proposed Order providing the defense with two extra days–up to and through July 9, 2008-to submit pretrial motions.

                                              Respectfully submitted,

                                              _____/s/_____
                                              Jonathan S. Jeffress
                                              <u>Counsel for Mark Stubblefield</u>
                                              625 Indiana Avenue, N.W.
                                              Suite 550
                                              Washington, D.C. 20004
                                              (202) 208-7500, ex. 134

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA :** | |
| **v.** | **Criminal No.  08-171 (HHK)** |
| **MARK STUBBLEFIELD** | |

### ORDER

Upon consideration of the defendant's Unopposed Motion to Continue Motions Due Date, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the due date for motions is now July 9, 2008.

**SO ORDERED.**

_____
HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE

DATE: