IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal No. 08-171 (HHK)
:
MARK STUBBLEFIELD :

FILED
JUL 0 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the defendant's Unopposed Motion to Continue Motions Due Date, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the due date for motions is now July 9, 2008.

**SO ORDERED.**

HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE

DATE: 7/7/08