IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA :** | : | |
| | : | |
| v. | : | Criminal No.  08-171 (HHK) |
| | : | |
| **MARK STUBBLEFIELD** | : | |
| | : | |

### DEFENDANT'S SECOND UNOPPOSED
### MOTION TO CONTINUE MOTIONS DUE DATE

Mr. Mark Stubblefield, the defendant, through undersigned counsel, respectfully submits this second motion to continue the due date for motions in this matter.  Based on the facts and circumstances set forth below, which counsel respectfully submits establish good cause for a continuance, Mr. Stubblefield respectfully requests that the Court continue the motions due date until Friday, July 18, 2008.

As grounds for this motion, undersigned counsel respectfully submits as follows:

1. Mr. Stubblefield is charged by indictment with seven counts of bank robbery, in violation of 18 U.S.C. § 2113(a).  Mr. Stubblefield was arraigned on June 14, 2008.  At that time, the Court set a motions due date of July 7, 2008.  Based upon defendant's unopposed motion, the Court subsequently continued the due date for the motions until today, July 9, 2008  Trial is scheduled for October 20, 2008.

2. Today, the government contacted defense counsel to extend a plea offer in this case.  The offer would resolve both this case and other alleged offenses yet to be charged.  So that the parties may focus on the plea negotiations, and in the interest of judicial economy, the defense is respectfully requesting that the Court continue the motions due date until July 18, 2008, which is the date the plea offer is due to expire.

3. The AUSA assigned to this case, Kate Connelly, does not oppose the relief requested in this motion. In turn, the defense does not oppose a corresponding continuance for the government to submit any Oppositions.

WHEREFORE, the defense respectfully moves this Court to enter the attached proposed Order providing the defense up to and through July 18, 2008 to submit pretrial motions.

Respectfully submitted,

_____/s/_____
Jonathan S. Jeffress
Counsel for Mark Stubblefield
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500, ex. 134

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA :** : : | |
| v. : | Criminal No. 08-171 (HHK) |
| **MARK STUBBLEFIELD** : : | |

# ORDER

Upon consideration of the defendant's Second Unopposed Motion to Continue Motions Due Date, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the due date for motions is now July 18, 2008.

**SO ORDERED.**

_____
HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE

DATE: