IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. | Criminal No. 08-171 (HHK) |
| MARK STUBBLEFIELD | |

**MOTION TO WITHDRAW AS COUNSEL**

Jonathan S. Jeffress, Assistant Federal Public Defender, respectfully moves the Court for an Order granting leave to withdraw as counsel in this case and states in support thereof:

1.	Mark Stubblefield is charged in a seven-count indictment with six counts of unarmed bank robbery and one count of attempted bank robbery, in violation of 18 U.S.C. § 2113(a). The charges arise out of bank robberies (and one attempted bank robbery) that occurred between January 29, 2008 and April 21, 2008. Trial is scheduled for October 20, 2008. .

2.	Undersigned counsel entered his appearance on Mr. Stubblefield's behalf on May 13, 2008.

3.	It has become increasing clear throughout the course of undersigned counsel's representation of Mr. Stubblefield, that Mr. Stubblefield is not satisfied with counsel's efforts on Mr. Stubblefield's behalf. Indeed, Mr. Stubblefield is convinced that undersigned counsel cannot and will not effectively represent him in this matter. Therefore, Mr. Stubblefield has asked undersigned counsel to withdraw from the case.

4.	Given the seriousness of the charges pending against Mr. Stubblefield, and Mr. Stubblefield's belief that undersigned counsel cannot and will not effectively represent him, undersigned counsel joins in Mr. Stubblefield's request that new counsel be appointed to

represent Mr. Stubblefield in this matter.

WHEREFORE, it is respectfully requested that Jonathan S. Jeffress, Assistant Federal Public Defender, be permitted to withdraw as Mr. Stubblefield's counsel of record and that Mr. Stubblefield be appointed new Counsel.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500, ex. 134

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA** : | : | |
| | : | |
| v. | : | Criminal No. 08-171 (HHK) |
| | : | |
| **MARK STUBBLEFIELD** | : | |
| | : | |

**O R D E R**

Upon consideration of the Motion to Withdraw as Counsel filed by the Federal Public Defender in this case, and the entire record in this matter, it is this _____ day of _____, 2008 hereby

ORDERED, that the Motion to Withdraw as Counsel is hereby granted; and it is further

ORDERED, that Jonathan S. Jeffress is permitted to withdraw as counsel.

_____
THE HONORABLE HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE

copies to:

Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004

Kate Connelly
Assistant United States Attorney
for the District of Columbia
555 4th Street, NW

Washington, D.C.  20001