UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.   Cr. 08-171  HHK

MARK STUBBLEFIELD

NOTICE OF ATTORNEY APPEARANCE

H. Heather Shaner, appointed by the Court, now formally enters her appearance as attorney of record for defendant Mark Stubblefield.

Respectfully submitted,

/s/
_____
H. Heather Shaner #273 276
1702 S Street N.W.
Washington, D.C. 20009
Tel. 202 265 8210
Fax 202 332 8057