UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.   Cr. 08-171(HHK)

MARK STUBBLEFIELD

### DEFENDANT MARK STUBBLEFIELD'S MOTION TO SUPPRESS ALLEGED STATEMENTS TO INFORMANT WILLIE FOLKS IN VIOLATION OF SIXTH AMENDMENT RIGHT TO COUNSEL, MASSIAH AND ROVIARO

Counsel for the Government has informed Mr. Stubblefield through counsel, of alleged admissions/confessions the Government intends to offer as evidence in his Trial scheduled for January 26, 2009. The defendant respectfully moves to suppress all such testimony. In support of this Motion the defendant states as follows:

1. According to the Grand Jury transcripts disclosed to counsel a felonious individual named Willie Folks mysteriously came into possession of the legal files belonging to Mark Stubblefield while the defendant was being examined in a medical unit;

2. According to Mr. Folks he reviewed the legal file and then returned it some time later to an individual who identified himself as Mark Stubblefield and whose legal files had been stolen while he was receiving medical treatment;

3. According to Mr. Folks he took written statements from Mr. Stubblefield which he shared with his long time friend an FBI agent Dan Sparks;

4.      According to the testimony of Mr. Folks the information he testified about came from Mr. Stibblefield and from the legal file he examined;

5.      The government makes this disclosure pursuant to **Jencks** and not pursuant to **Giglio, Brady** or Rule 16 Discovery.

  **WHEREFORE**    Counsel respectfully requests a full hearing on this matter pretrial and out of the hearing of the Jury to determine the breath of the violation of the Sixth Amendment Right to counsel and such other violations as may become apparent at a voir dire hearing of this witness pursuant to **Roviaro v. United States,** 353 U.S. 53 (1957) and **Massiah v. United States,** 377 U.S. 201 (1964).

Respectfully submitted,

_____/s/_____
H. Heather Shaner   #273276
1702 S Street N.W.
Washington, D.C. 20009
Tel. 202 265 8210